**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Bayes Capital, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   45-2716890

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **48 Bi-State Plaza #372** <br> **Old Tappan, NJ 07675** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Bayes Capital, LLC**  Case number (*if known*)
    Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ■ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       **5231**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check **all** that apply*:
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

| Debtor | **Bayes Capital, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Bayes Capital, LLC**  _____  Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Bayes Capital, LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 24, 2023**
                 MM / DD / YYYY

X **/s/ Douglas Sanzone**                        **Douglas Sanzone**
Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Kenneth L. Baum, Esq.**              Date **November 24, 2023**
Signature of attorney for debtor                                 MM / DD / YYYY

**Kenneth L. Baum, Esq.**
Printed name

**Law Offices of Kenneth L. Baum LLC**
Firm name

**201 W. Passaic Street
Suite 104
Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone **(201) 853-3030**    Email address **kbaum@kenbaumdebtsolutions.com**

_____
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bayes Capital, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arca<br>P.O. Box 223695<br>Pittsburgh, PA 15251-2695 | | | | | | $23.34 |
| BCM Holdings LLC<br>48 Bi-State Plaza #372<br>Old Tappan, NJ 07675 | | | | | | $100,000.00 |
| DLA Piper<br>1251 6th Avenue<br>New York, NY 10020 | | | | | | $5,508.00 |
| Global Relay<br>286 Madison Avenue<br>7th Floor<br>New York, NY 10017 | | | | | | $400.00 |
| Inventus<br>P.O. Box 130114<br>Dallas, TX 75313 | | | | | | $500.00 |
| ITG<br>One Liberty Plaza<br>P.O. Box 5987<br>New York, NY 10087-5987 | | | | | | $747.83 |
| Lynx Capital Partners of NJ, LLC<br>350 5th Avenue<br>Suite 4830<br>New York, NY 10118 | | | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | | | $0.00 |
| Matt Morrissey<br>20 Lindy Place<br>Old Tappan, NJ 07675 | | | | | | $6,265.00 |

Debtor **Bayes Capital, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **NASDAQ** Office of General Counsel 805 King Farm Boulevard Rockville, MD 20850 | | | | | | $1,909.47 |
| **NYSE Markets** P.O. Box 223695 Pittsburgh, PA 15251-2695 | | | | | | $1,493.87 |
| **PTS Financial** 225 West Washington Street Suite 400 Chicago, IL 60606 | | | | | | $16,295.18 |
| **Schulte Roth & Zabel LLP** 919 3rd Avenue New York, NY 10022 | | | | | | $112,006.02 |
| **SIPC** 1667 K St. N.W. Suite 1000 Washington, DC 20006-1620 | | | | | | $650.00 |
| **Speedroute** 29 Broadway New York, NY 10006 | | | | | | $31.25 |
| **Speedroute Connectivity** 29 Broadway New York, NY 10006 | | | | | | $3,116.29 |
| **Telcar** 1440 39th Street Brooklyn, NY 11218 | | | | | | $115.31 |

# United States Bankruptcy Court
### District of New Jersey

In re **Bayes Capital, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 24, 2023**

**/s/ Douglas Sanzone**
**Douglas Sanzone**/**Chief Executive Officer**
Signer/Title

```
Alan L. Frank Law Associates, P.C.
45 Broadway, Suite 729
New York, NY 10006


Arca
P.O. Box 223695
Pittsburgh, PA 15251-2695


BCM Holdings LLC
48 Bi-State Plaza
#372
Old Tappan, NJ 07675


DLA Piper
1251 6th Avenue
New York, NY 10020


Global Relay
286 Madison Avenue
7th Floor
New York, NY 10017


Inventus
P.O. Box 130114
Dallas, TX 75313


ITG
One Liberty Plaza
P.O. Box 5987
New York, NY 10087-5987


Lynx Capital Partners of NJ, LLC
350 5th Avenue
Suite 4830
New York, NY 10118


Matt Morrissey
20 Lindy Place
Old Tappan, NJ 07675


NASDAQ
Office of General Counsel
805 King Farm Boulevard
Rockville, MD 20850
```

```
NYSE Markets
P.O. Box 223695
Pittsburgh, PA 15251-2695


PTS Financial
225 West Washington Street
Suite 400
Chicago, IL 60606


Schulte Roth & Zabel LLP
919 3rd Avenue
New York, NY 10022


SIPC
1667 K St. N.W.
Suite 1000
Washington, DC 20006-1620


Speedroute
29 Broadway
New York, NY 10006


Speedroute Connectivity
29 Broadway
New York, NY 10006


Telcar
1440 39th Street
Brooklyn, NY 11218
```

# United States Bankruptcy Court
### District of New Jersey

In re **Bayes Capital, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bayes Capital, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BCM Holdings LLC**

☐ None [*Check if applicable*]

**November 24, 2023**
Date

**/s/ Kenneth L. Baum, Esq.**
**Kenneth L. Baum, Esq.**
Signature of Attorney or Litigant
Counsel for **Bayes Capital, LLC**
**Law Offices of Kenneth L. Baum LLC**
**201 W. Passaic Street**
**Suite 104**
**Rochelle Park, NJ 07662**
**(201) 853-3030 Fax:(201) 584-0297**
**kbaum@kenbaumdebtsolutions.com**